

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00350-CV

IN THE INTEREST OF D.B. AND G.B.,
CHILDREN

§    On Appeal from the 467th District Court

§    of Denton County (18-10967-16)

§    November 30, 2023

§    Memorandum Opinion by Justice Womack

**JUDGMENT**

This court has considered the record on appeal in this case and holds that the

appeal should be dismissed. It is ordered that the appeal is dismissed for want of

jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
     Justice Dana Womack